UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LEBLANC NUTRITIONS, INC.,

     Plaintiff,

    v.

ADVANCED NUTRA, LLC,

     Defendant.

_____

ADVANCED NUTRA, LLC aka
ADVANCED LABORATORIES
INTERNATIONAL, LLC, a Nevada
LLC, dba ADVANCED NUTRA,

     Third Party Plaintiff,

    v.

GLOBAL DISTRIBUTION, INC.,

     Third Party Defendant.

NO. CIV. S-05-0581 FCD-JFM

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on Hardy Erich Brown & Wilson's motion to withdraw as attorney of record for third party defendant, Global Distribution, Inc..  Counsel brings this motion on the grounds that by its refusal to pay future litigation

1

1  expenses, defendant has rendered it impossible for counsel to

2  continue the employment effectively.  Global Distribution, Inc.

3  does not oppose the motion.

4      Local Rule 83-182(d) requires that attorneys may not

5  withdraw from an action in which they have appeared without leave

6  of the court upon noticed Motion.  The Local Rule incorporates

7  the requirements for withdrawal and the Rules of Professional

8  Conduct of the State Bar of California.  The Rules of

9  Professional Conduct of the State Bar of California provide in

10  pertinent part:

11          A member shall not withdraw from employment until the
           member has taken reasonable steps to avoid reasonably
12          foreseeable prejudice to the rights of the client,
           including giving due notice to the client, allowing
13          time for employment of other counsel, complying with
           rule 3-700(D), and complying with applicable laws and
14          rules.

15  California Rules of Professional Conduct, Rule 3-700(A)(2).

16  Counsel has complied with these requirements by providing

17  defendant notice of its intent to bring the instant motion on or

18  about July 21, 2006 and by providing the court with defendant's

19  last known address.  Third party defendant did not file an

20  opposition to the instant motion.

21      Pursuant to California Rules of Professional Conduct, Rule

22  3-700(C), withdrawal is permitted in certain specified

23  circumstances.  Counsel contends that withdrawal is warranted

24  under Rule 3-700(C)(1)(d), where the client's conduct renders it

25  unreasonably difficult for the attorney to carry out the

26  employment effectively, and Rule 3-700(C)(1)(f), where the client

27  breaches an agreement or obligation to the attorney as to

28  expenses or fees.

2

1      In his declaration, L. Kent Wyatt, an attorney with Hardy
2  Erich Brown & Wilson, represents that defendant is in breach of
3  the fee agreement between counsel and defendant, and that such
4  breach adversely affects his ability to fully and properly
5  represent defendant.  Mr. Wyatt states that the owner of Global
6  Distribution, Inc., has informed him that he does not intend to
7  pay current or future legal expenses.  Mr. Wyatt further states
8  that he has advised the owner of defendant Global Distribution,
9  Inc., of his intent to withdraw.

10      Pursuant to E.D. Cal. L.R. 83-183(a), a corporation may not
11  appear in <u>propria</u> <u>persona</u>.  Thus, Global Distribution, Inc. must
12  obtain counsel to avoid having a default judgment entered against
13  it.  The court advised Matt McDonnell, a representative of Global
14  Distribution Inc., of the serious legal consequences of failing
15  to find substitute representation at the motion hearing held on
16  July 21, 2006.[1]  The court also stated that it would defer
17  issuing the order granting the motion to withdraw for two weeks
18  in order to allow Global Distribution, Inc. to obtain new
19  counsel.
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27
28     [1]    Matt McDonnell appeared at the hearing via telephone.

1    Based upon the materials submitted by counsel, Hardy Erich

2 Brown & Wilson's motion to withdraw as attorney of record is

3 GRANTED.   Hardy Erich Brown & Wilson shall comply with the

4 requirements of California Rules of Professional Conduct, Rule 3-

5 700(D).

6    IT IS SO ORDERED.

7 DATED: August 4, 2006

8                              /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, Jr.
9                              UNITED STATES DISTRICT JUDGE

4