1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEBLANC NUTRITIONS,

                Plaintiff(s),

     v.

ADVANCED NUTRA LLC,

                Defendant(s).

_____/

AND ALL RELATED ACTIONS.

_____/

NO. CIV. S-05-0581 FCD/JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representations of plaintiff's counsel, in the above action, the court has determined that this case has settled.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 2, 2007.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     **IT IS SO ORDERED**.

Dated: February 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE