Louise Burda Gilbert, California State Bar No. 70957
**weintraub** genshlea chediak sproul
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:    916/446-1611

Attorneys for Plaintiff Leblanc Nutritions, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEBLANC NUTRITIONS, INC., <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>ADVANCED NUTRA LLC; and DOES 1 through 20, inclusive, <br><br>　　　　　Defendants. | Case No. CIV.S-05-0581 FCD JFM <br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

　　　　Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff, LeBlanc Nutritions, Inc. ("Plaintiff") and Defendant, Advanced Nutra LLC ("Defendant"), by and through their respective counsel, hereby advise the court that a settlement agreement has been reached between these parties as to Case No. CIV.S-05-0581 FCD JFM.

　　　　There is a cross claim pending by Defendant against Global Distribution. That cross claim is also settled and will be dealt with by a separate settlement agreement.  The cross claim will also be dismissed.

　　　　Pursuant to the terms of the settlement, the parties request the Court enter an order dismissing, with prejudice, Plaintiff's claims against Defendant.

///

Dated: February ___, 2007            **WEINTRAUB GENSHLEA CHEDIAK**
a law corporation

By:_____
Louise Burda Gilbert
State Bar No. 70957

Attorneys for Plaintiff
Leblanc Nutritions, Inc.

Dated: February ___, 2007            **LAW OFFICES OF ROGER V. JAFFE**

By:_____
Roger V. Jaffe
State Bar No. 126818

Attorneys for Defendant
Advanced Nutra, LLC

### ORDER

Good Cause Appearing,

**IT IS SO ORDERED** that the plaintiff's claims against the defendant in this matter are dismissed with prejudice pursuant to the stipulation of the parties. Dismissal of the cross claim will be accomplished in a separate dismissal.

Date: March 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE