ROGER V. JAFFE, ESQ. (SBN: 126818)
Attorney At Law
1420 River Park Drive, Suite 260
Sacramento, CA 95815
(916) 927-1691
(916) 927-9131 (fax)

Attorney for Defendant ADVANCED NUTRA LLC

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEBLANC NUTRITIONS, INC., | ) | No.  CV S-05- 0581-FCD-JFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| ADVANCED NUTRA LLC and | ) | FOR DISMISSAL OF ACTION |
| DOES 1-20 inclusive, | ) | OF CROSS CLAIM |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to FRCP, rule 41(a)(1) Third Party Plaintiff ADVANCED NUTRA

LLC aka ADVANCED LABORATORIES INTERNATIONAL LLC a Nevada

LLC dba ADVANCED NUTRA by and through it counsel and Third Party

Defendant GLOBAL DISTRIBUTION, INC. by and through its representative,

hereby advise the court settlement has been reached between these parties as to

Case number  2:05- CV-00581-FCD-JFM.

Pursuant to the terms of the settlement the parties request the court enter an

order dismissing, with prejudice, Third Party Plaintiff's claims against Third Party

Defendant.

Date: March 6, 2007

/s/ Roger V. Jaffe

By: _____

ROGER V. JAFFE, Attorney for Third Party
Plaintiff Defendant ADVANCED NUTRA LLC aka
ADVANCED LABORATORIES
INTERNATIONAL LLC a Nevada LLC dba
ADVANCED NUTRA

Date: March 15, 2007

/s/ Matt McDonnell

_____

By: Matt McDonnell, President of GLOBAL
DISTRIBUTION, INC. and duly authorized
representative of Defendant GLOBAL
DISTRIBUTION, INC.

## ORDER

IT IS SO ORDERED this matter is dismissed with prejudice pursuant to the

stipulation of the parties.

Date: March 15, 2007

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL OF ACTION OF CROSS CLAIM